**IT IS ORDERED as set forth below:**

**Date: October 20, 2011**

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAGLE'S, INC., | ) | Case No. 11-80202 |
| CAGLE'S FARMS, INC., | ) | Case No. 11-80203 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This matter is before the Court on the Emergency Motion for an Order Directing Joint Administration of Chapter 11 Cases (the "Motion") of Cagle's Inc. and Cagle's Farms, Inc. (collectively, the "Debtors"). All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion and the *Declaration of Mark M. Ham IV in Support of First Day Motions and Applications*. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, Metropolitan

DMSLIBRARY01-17551048.1

Life Insurance Company, the United States Securities and Exchange Commission, the Internal Revenue Service, and the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CAGLE'S, INC.,** | ) | Case No. 11-80202 |
| **CAGLE'S FARMS, INC.,** | ) | |
| | ) | |
| **Debtors.** | ) | Jointly Administered |
| | ) | |

5. A notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Cagle's Inc. and Cagle's Farms, Inc. The docket for Cagle's Inc., Case No. 11-80202, should be consulted for all matters affecting this case.

2

6. The Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis.

7. Counsel to the Debtors is directed to serve a copy of this Order on all parties on the Master Service List within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

END OF DOCUMENT

Prepared and presented by:

/s/ Paul K. Ferdinands
KING & SPALDING LLP
Paul K. Ferdinands
Georgia Bar No. 258623
pferdinands@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5128

PROPOSED COUNSEL FOR THE
DEBTORS-IN-POSSESSION